UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60086-CR-RUIZ

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**CHESTON KONTRAS PHILPOT**

    **Defendant.**

_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on May 1, 2020, a hearing was held to determine whether defendant **CHESTON KONTRAS PHILPOT** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Therefore, it is hereby ordered that defendant **CHESTON KONTRAS PHILPOT** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

    1. The defendant is charged by indictment in the Southern District of Florida with possession of a firearm and ammunition by a convicted felon in violation of Title 18, United States Code, Sections 922(g)(1).

2. The weight of the evidence against the defendant is substantial. The government has proffered that law enforcement officers observed the defendant walking around in a crowded casino wearing a badge and carrying a backpack. The defendant was questioned by law enforcement officers and denied having a firearm. A search of the backpack revealed two loaded firearms inside the backpack. The defendant told law enforcement officers he had been arrested ten years ago for a marijuana charge when in reality the defendant had been arrested approximately 12 times in ten years and has previously been convicted of a felony.

3. The pertinent history and characteristics of the defendant support pretrial detention. The defendant has an extensive criminal record including arrests for multiple firearm offenses including possession of a sawed-off shotgun at the age of 17, theft of leased or rented property, marijuana possession, criminal attempt to commit an armed robbery and theft. The defendant has multiple probation violations and was on parole when he was arrested in the instant case. The defendant has also used several aliases. Title 18, United States Code, Section 3142(g)(3)(A).

4. The Court specifically finds by clear and convincing evidence, there are no conditions or combinations of conditions which will reasonably assure the safety of other persons and the community. Based on the defendant's continued possession of firearms since the age of 17, his multiple firearm offenses, the defendant's numerous probation violations and the fact that the defendant was on parole at the time of the instant offense, the defendant will likely continue to possess firearms and be a danger

to the community if released on bond. Based on the nature of the instant offense and the defendant's criminal history, the Court has concluded that this defendant presents a danger to other persons and the community.

The Court hereby directs:

(a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **1st** day of May, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE