**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CR-60086-RAR/O'SULLIVAN**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**CHESTON KONTRAS PHILPOT**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on Chief Magistrate Judge John J. O'Sullivan's Report and Recommendation on the Amended Motion for Reconsideration of Pretrial Detention Order, entered on January 13, 2021 [ECF No. 38] ("Report"). The Court having carefully reviewed the Report, Defendant's Objections entered on January 26, 2021 [ECF No. 40] ("Objections"), the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Report **[ECF No. 38]** is **AFFIRMED AND ADOPTED**. Defendant's Objections **[ECF No. 40]** are **OVERRULED** and the Amended Motion for Reconsideration of Pretrial Detention Order **[ECF No. 32]** is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of January, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record